131 A.3d 43

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Justin CORLISS, Petitioner.**

**No. 177 MM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.